*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HACKEL, MIZER, and DALY
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**Christopher J. DELGADILLO**
Seaman Apprentice (E-2), U.S. Navy
*Appellant*

**No. 202300237**

———————————

Decided: 13 February 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary
*upon reconsideration*

Military Judge:
Ryan J. Sears

Sentence adjudged 2 August 2023 by a special court-martial convened at Naval Station Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 50 days and a bad-conduct discharge.[1]

For Appellant:
*Major Joshua P. Keefe, USMC*

———————————

[1] Appellant was credited with 50 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.